IN THE DISTRICT COURT OF THE UNITED STATES

FOR THE DISTRICT OF SOUTH CAROLINA

GREENVILLE DIVISION

| | |
|---|---|
| Marcus Brown, #08682-021,<br><br>                      Petitioner,<br><br>          vs.<br><br>Matthew B. Hamidullah, Warden,<br>FCI Estill,<br><br>                      Respondent. | Civil Action No. 6:04-22811-TLW-WMC<br><br>**REPORT OF MAGISTRATE JUDGE** |

       The petitioner brought this action seeking relief pursuant to Title 28, United States Code, Section 2241. On January 10, 2005, the respondent filed a motion to dismiss. By order of this court filed January 20, 2005, pursuant to *Roseboro v. Garrison*, 528 F.2d 309 (4th Cir. 1975), the petitioner was advised of the summary dismissal procedure and the possible consequences if he failed to respond adequately. Despite this explanation, the petitioner elected not to respond to the motion.

       As the petitioner is proceeding *pro se*, the court filed a second order on March 3, 2005, giving the petitioner through March 28, 2005, to file his response to the motion to dismiss. The petitioner was specifically advised that if he failed to respond, this action would be dismissed for failure to prosecute. The petitioner elected not to respond.

       Based on the foregoing, it appears the petitioner no longer wishes to pursue this action. Accordingly, it is recommended that this action be dismissed for lack of prosecution pursuant to Rule 41(b) of the Federal Rules of Civil Procedure. *Ballard v. Carlson*, 882 F.2d 93 (4th Cir. 1989), *cert. denied*, 493 U.S. 1084 (1990).

                                                            s/William M. Catoe<br>
                                                           United States Magistrate Judge

June 2, 2005

Greenville, South Carolina